**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF GEORGIA
LEWIS R. MORGAN FEDERAL BUILDING
and UNITED STATES COURTHOUSE
POST OFFICE BOX 1408
**NEWNAN, GEORGIA 30264-1408**

CHAMBERS OF
W. HOMER DRAKE, JR.
JUDGE

PHONE: 678-423-3080

February 27, 2008

Christine Israel
3960 Church View Lane
Suwanee, Georgia 30024

    Re: Case No. 04-17006

Dear Ms. Israel:

    The Clerk of the Bankruptcy Court for the Northern District of Georgia has received your letter regarding your desire to file a complaint to determine the dischargeability of a debt pursuant to section 523(a)(8) of the Bankruptcy Code. However, your letter is insufficient to initiate an adversary proceeding because it is not accompanied by a summons. If you still desire to file a complaint, please mail the complaint, along with the Adversary Proceeding Cover Sheet (enclosed) and a completed summons to the Clerk of United States Bankruptcy Court, Northern District of Georgia, P.O. Box 2328, Newnan, Georgia 30264.

    The Clerk is currently holding your bankruptcy case open to permit the filing of the complaint. The case will remain open until April 30, 2008. If, at that time, no complaint and summons have been filed, the case will be closed.

                                      Sincerely,

                                      Karen D. Visser
                                      Law Clerk to Judge Drake